

```
SOUTHERN DISTRICT OF MISSISSIPPI
         FILED
       AUG 2 4 2021
       ARTHUR JOHNSTON
BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:21CR24-KS-MTP

JMARI SEMAJ BROWN

18 U.S.C. § 922(a)(6)
18 U.S.C. § 924(a)(1)(A)
18 U.S.C. § 922(n)

**The Grand Jury charges:**

COUNT 1

That on or about February 12, 2021, in Jefferson Davis County in the Eastern Division of the Southern District of Mississippi, the defendant, **JMARI SEMAJ BROWN**, in connection with the acquisition or attempted acquisition of a firearm from Prentiss Pawn & Equipment Rental, a licensed dealer of firearms within the meaning of Title 18, United States Code, Chapter 44, knowingly made a false and fictitious written statement to Prentiss Pawn & Equipment Rental, which statement was intended and likely to deceive Prentiss Pawn & Equipment Rental as to a fact material to the lawfulness of such acquisition of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented that he was then not under indictment or information in any court for a felony crime for which the judge could imprison him for more than one year when answering Block 21.b. on Department of Treasury, Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearms Transaction Record, whereas in truth and in fact the defendant then knew that he was under indictment for such a crime, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

COUNT 2

That on or about February 12, 2021, in Jefferson Davis County in the Eastern Division of the Southern District of Mississippi, the defendant, **JMARI SEMAJ BROWN**, knowingly made a false statement and representation to Prentiss Pawn & Equipment Rental, an entity licensed under the provisions of Title 18, United States Code, Chapter 44 with respect to information required by the provisions of Title 18, United States Code, Chapter 44 to be kept in the records of Prentiss Pawn & Equipment Rental, in that the defendant represented that he was then not under indictment or information in any court for a felony crime for which the judge could imprison him for more than one year when answering Block 21.b. on Department of Treasury, Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearms Transaction Record, whereas in truth and in fact the defendant then knew that he was under indictment for such a crime, in violation of Title 18, United States Code, Section 924(a)(1)(A).

COUNT 3

That on or about February 12, 2021, in Jefferson Davis County in the Eastern Division of the Southern District of Mississippi, the defendant, **JMARI SEMAJ BROWN**, who was then under indictment for a crime punishable by imprisonment for a term exceeding one year, did willfully receive a firearm that had been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(n) and 924(a)(1)(D).

**NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE**

As a result of committing the offenses as alleged in this Indictment, the defendant, **JMARI SEMAJ BROWN**, shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or

indirectly from the offenses, and all property used to facilitate the offense(s).

Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Title 18, United States Code, Sections 924(d) and 981(a)(1)(C); and Title 28, United States Code, Section 2461(c).

/s/ Darren J. LaMarca
DARREN J. LAMARCA
Acting United States Attorney


A TRUE BILL:

s/ signature redacted
Foreperson of the Grand Jury


This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the  24th  day of August 2021.

_____
UNITED STATES MAGISTRATE JUDGE