IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION



UNITED STATES OF AMERICA

v.     CRIMINAL NO. 2:21-cr-00024-KS-MTP

JMARI SEMAJ BROWN

### ORDER DISMISSING COUNTS TWO AND THREE OF INDICTMENT

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Count Two (2) and Count Three (3) of the Criminal Indictment against the defendant, JMARI SEMAJ BROWN, without prejudice.

RESPECTFULLY SUBMITTED, this the 26th day of May 2022.

                DARREN J. LAMARCA
                United States Attorney

BY:   s/ *Bert Carraway*
        BERT CARRAWAY
        Assistant United States Attorney
        MS Bar No. 104163
        501 E. Court Street, Ste. 4.430
        Jackson, Mississippi 39201
        (601) 965-4480

Leave of Court is granted for the filing of the foregoing dismissal of Counts two (2) and three (3).

SO ORDERED this the 26th day of May 2022.

                HONORABLE KEITH STARRETT
                United States District Judge